IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR L. DOOLITTLE                                                                    PLAINTIFF

V.                           CASE NO. 4:09CV00602 JMM/BD

ROBERSON, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motions to amend (docket entries #9, #13, and #16) and his motion for default judgment (#11) are DENIED.

IT IS SO ORDERED, this   22   day of   January  , 2009.

_____
UNITED STATES DISTRICT JUDGE