IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR L. DOOLITTLE**     **PLAINTIFF**
**ADC # 656863**

**V.**     **NO. 4:09CV00602-JMM-BD**

**ROBERSON,** *et al.*     **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against the Doe defendants are hereby dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED, this __11__ day of __March__, 2010.

_____
James M. Moody
United States District Judge